JS - 6

# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-613-VAP (PJWx)                                         Date:  May 4, 2009

Title:   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HEAT 2005-8 -v- MAYRA LOPEZ PASCUAL; and DOES 1 TO 10, inclusive
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:       ORDER REMANDING FOR LACK OF SUBJECT MATTER JURISDICTION (IN CHAMBERS)

    Defendant removed this case to this Court on March 27, 2009.  Removal is inappropriate when the district court would not have original jurisdiction over the case.  <u>See</u> 28 U.S.C. § 1441(a).  A case shall be remanded when the court lacks subject matter jurisdiction.  <u>See</u> 28 U.S.C. § 1447(c). The Court issued an Order to Show Cause regarding subject matter jurisdiction on April 6, 2009.  Defendant failed to timely reply.  The Court REMANDS this case to the California Superior Court for the County of San Bernardino.

    **IT IS SO ORDERED.**